UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK PATTON,<br><br>            Petitioner,<br><br>    v.<br><br>WASCO STATE PRISON,<br><br>            Respondent. | Case No.: 1:24-cv-00669-SKO (HC)<br><br>ORDER GRANTING PETITIONER'S FIRST REQUEST FOR EXTENSION OF TIME<br><br>[Doc. 3]<br><br>[DEADLINE: AUGUST 11, 2024] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 12, 2024, the Court issued an order dismissing the petition with leave to file an amended petition. (Doc. 2.) Petitioner was granted thirty (30) days to file a First Amended Petition. On July 8, 2024, Petitioner filed a first request for extension of time to comply. (Doc. 3.) Good cause having been presented and good cause appearing therefor, Petitioner is GRANTED thirty (30) days to and including August 11, 2024, to file a First Amended Petition.

IT IS SO ORDERED.

Dated:   **July 10, 2024**                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE

1